```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHARTER OAK FIRE INSURANCE COMPANY,                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :         23 Civ. 9893 (JPC)
                -v-                                                    :
                                                                       :                ORDER
REPUBLIC FRANKLIN INSURANCE COMPANY,                                   :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On November 20, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore December 11, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until December 27, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 3, 2024.

      SO ORDERED.

Dated: December 12, 2023
      New York, New York

                                               JOHN P. CRONAN
                                         United States District Judge