# USERY & ASSOCIATES

**AMY C. GROSS, ESQ**
Admitted in NJ and NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: 917-778-6462
Email: ACGROSS@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

February 2, 2024

**VIA ECF AND EMAIL**
Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

  Re: *Charter Oak Fire Insurance Company v. Republic Franklin Insurance Company*,
    Case No. 1:23-cv-09893-JPC

Dear Judge Cronan:

  This office represents Plaintiff Charter Oak Fire Insurance Company ("Charter Oak") in the above-referenced action. I write to request an adjournment of the Initial Pretrial Conference in this action, currently scheduled for February 12, 2024, at 2:00 p.m., until March 12, 2024, or a date thereafter that is convenient for the Court.

  I make this request because Charter Oak and Defendant Republic Franklin Insurance Company ("Republic") have made significant progress toward resolving this matter and would like an additional month to try and conclude that process. If the parties are successful, that should obviate the need for a conference. I have conferred with counsel for Republic, who consents to and joins in this request. This is the first request for an adjournment of this conference; the only deadline that will be impacted by the adjournment is the deadline to file a joint letter and proposed case management plan (set for seven days prior to the conference).

              Respectfully,

              /s/ Amy C. Gross

              Amy C. Gross

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE | 655 N CENTRAL AVENUE |
| MS04A-0000 | 7TH FLOOR | SUITE 301 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |

cc: Counsel for Defendant (by ECF and email)

The Initial Pretrial Conference is adjourned to April 18, 2024 at 11:30 a.m.  At the scheduled time, counsel for all parties should call 646-453-4442, conference ID 606 507 873.  The parties are reminded of their obligation to submit the joint letter and proposed case management plan no later than seven days prior to the conference.  The Clerk of Court is respectfully directed to close Docket Number 12.

SO ORDERED.
Date: February 5, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE | 655 N CENTRAL AVENUE |
| MS04A-0000 | 7TH FLOOR | SUITE 301 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |