# USERY & ASSOCIATES

AMY C. GROSS, ESQ
Admitted in NJ and NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial:  917-778-6462
Email: ACGROSS@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____          │
│ DATE FILED:   4/23/2024          │
└─────────────────────────────────┘
```

April 23, 2024

**VIA ECF AND EMAIL**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

> Re:   *Charter Oak Fire Insurance Company v. Republic Franklin Insurance Company*,
>          Case No. 1:23-cv-09893

Dear Judge Garnett:

This office represents Plaintiff Charter Oak Fire Insurance Company ("Charter Oak") in the above-referenced action.  I write to request an adjournment of the Initial Pretrial Conference in this action, currently scheduled for April 30, 2024, at 9:30 a.m., until May 23 or 24, 2024, or a date thereafter that is convenient for the Court.

I make this request because Charter Oak and Defendant Republic Franklin Insurance Company ("Republic") are in the process of confirming a settlement of this matter an anticipate filing a stipulation of discontinuance in the near future, which should obviate the need for a conference.  I have conferred with counsel for Republic, who consents to and joins in this request.  This is the second request for an adjournment of this conference; the only deadline that will be impacted by the adjournment is the deadline to file a joint letter and proposed case management plan (set for seven days prior to the conference).

Respectfully,

/s/ Amy C. Gross

Amy C. Gross

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| **CONNECTICUT OFFICE:** | **NEW YORK OFFICE:** | **PENNSYLVANIA OFFICE:** | **CALIFORNIA OFFICE:** |
|---|---|---|---|
| **ONE TOWER SQUARE** | **485 LEXINGTON AVENUE** | **801 LAKEVIEW DRIVE** | **655 N CENTRAL AVENUE** |
| **MS04A-0000** | **7TH FLOOR** | **SUITE 301** | **SUITE 1100** |
| **HARTFORD, CT 06183** | **NEW YORK, NY 10017** | **BLUE BELL, PA 19422** | **GLENDALE, CA 91203** |

cc:     Counsel for Defendant (by ECF and email)

Application GRANTED.  The Initial Pretrial Conference currently scheduled for April 30, 2024, shall be ADJOURNED to **Thursday, May 23, 2024, at 9:30 a.m.**  The Initial Pretrial Conference shall be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  Pursuant to the Court's Individual Rules & Practices, the parties shall file their joint letter and proposed Civil Case Management Plan no later than **May 16, 2024**.  The Clerk of Court is respectfully directed to terminate Dkt. No. 15.

SO ORDERED.  Date: 4/23/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>801 LAKEVIEW DRIVE<br>SUITE 301<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>655 N CENTRAL AVENUE<br>SUITE 1100<br>GLENDALE, CA 91203 |
| --- | --- | --- | --- |