UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHARTER OAK FIRE INSURANCE COMPANY,

                               Case No.: 1:23-cv-09893-JPC

                      Plaintiff,

                      -against-

REPUBLIC FRANKLIN INSURANCE COMPANY,

                      Defendant.
------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Republic Franklin Insurance Company pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: New York, New York
       April 29, 2024

| USERY & ASSOCIATES | GOLDBERG SEGALLA, LLP |
|---|---|
| _____ <br> By: Amy C. Gross, Esq. <br> *Attorneys for Plaintiff—* <br> *The Charter Oak Fire Insurance* <br> P.O. Box 2996 <br> Hartford, CT 06104-2996 <br> (917) 778-6680 | _____ <br> By: Courtney H. Zucker, Esq. <br> *Attorneys for Defendant—* <br> *Republic Franklin Insurance Company* <br> 200 Garden City Plaza, Suite 520 <br> Garden City, New York 11530 <br> (516) 281-9800 |